IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alfred T. Giuliano as Liquidation Trustee for RIH Acquisitions NJ, LLC dba The Atlantic Club Casino Hotel; Rancho's Club Casino, Inc. d/b/a Magnolia House Casino, on behalf of itself; and all others similarly situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Scientific Games Corporation, a Nevada corporation, formerly a Delaware corporation;<br><br>Bally Technologies, Inc., d/b/a SHFL Entertainment or Shuffle Master, a Nevada corporation;<br><br>and<br><br>Bally Gaming, Inc., d/b/a Bally Technologies, f/k/a Bally Gaming and Systems, f/k/a SHFL Entertainment, Inc., f/k/a Shuffle Master, Inc., a Nevada corporation,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:20-CV-05262<br><br>The Honorable John F. Kness |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

　　　　Defendants Scientific Games Corporation, Bally Technologies, Inc., and SG Gaming, Inc., f/k/a Bally Gaming, Inc. (collectively, "Defendants") hereby move to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Alfred T. Giuliano as Liquidation Trustee for RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and Rancho's Club Casino, Inc. d/b/a Magnolia House Casino's (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure

12(b)(6), based upon the Memorandum in Support filed herewith and incorporated herein, along with the pleadings and other papers previously filed in this action.

WHEREFORE, for the reasons stated in Defendants' Memorandum in Support, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiffs' First Amended Complaint.

Dated: November 9, 2020

Respectfully submitted,

By: */s/ Craig C. Martin*
One of the Attorneys for Defendants

Craig C. Martin
Matt D. Basil
Sara Tonnies Horton
Aaron J. Hersh
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 728-9000
cmartin@willkie.com
mbasil@willkie.com
shorton@willkie.com
ahersh@willkie.com

Matthew Freimuth (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
mfreimuth@willkie.com